IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01176-RPM

JEFF BUSHNELL,
TRACI BUSHNELL, and
SONYA ZINN,

     Plaintiffs,

v.

ARAMARK SPORTS AND ENTERTAINMENT
SERVICES, LLC,

     Defendant.

_____

## ORDER OF DISMISSAL
_____

     Pursuant to the Stipulation to Dismiss with Prejudice [Doc. 16], it is

     ORDERED that this action is dismissed with prejudice, each party bearing their respective costs and attorney's fees.

     DATED:   January 13th, 2016

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge